# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DANA M. HEBERT

VERSUS

PENNY L. GRIFFIN AND JEFFREY
GRIFFIN

NO. 2025 CW 0774

**NOVEMBER 26, 2025**

---

In Re: Dana M. Hebert, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 142,195.

---

**BEFORE: McCLENDON, C.J., THERIOT AND GREENE, JJ.**

**WRIT NOT CONSIDERED.** This writ application is untimely. Relator's writ application was filed on July 30, 2025, more than thirty days after the district court's notice of judgment was mailed. See La. Code Civ. P. art. 1914; see also Rule 4-3 of the Uniform Rules of Louisiana Courts of Appeal.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

> PMc
> MRT
> HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT